IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| ZF Lemforder Corporation, | ) | |
| | ) | C.A. No. 7:08-3436-HMH |
| Plaintiff, | ) | |
| | ) | **OPINION & ORDER** |
| vs. | ) | |
| | ) | |
| Röchling Automotive Duncan, L.L.P., | ) | |
| | ) | |
| Defendant. | ) | |

Röchling Automotive Duncan, L.L.P., ("Röchling Automotive") is hereby ordered to inform the court of the citizenship of all of its members for the purpose of determining whether the requirements of federal subject matter jurisdiction are satisfied. See 28 U.S.C. § 1332. The citizenship of a limited liability partnership is the citizenship of *all* of its partners, including the limited partners. See Carden v. Arkoma Assocs., 494 U.S. 185, 195-96 (1990). Therefore, Röchling Automotive is ordered to provide the citizenship of its partners, both limited and general, within ten (10) days of the date of this order to allow this court to ascertain whether subject matter jurisdiction exists in the instant case.

**IT IS SO ORDERED.**

s/Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
October 20, 2008